IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ALICIA L. CONKLIN, et al., | : | CASE NO. 3:23 CV 00372 |
| Plaintiffs, | : | JUDGE THOMAS ROSE |
| vs. | : | |
| EMMA R. HIATT, | : | <u>DISMISSAL ENTRY WITH PREJUDICE</u> |
| Defendant. | : | |

This action, having been settled and compromised by and between the parties, is hereby dismissed, with prejudice, without record. Costs to be paid by Defendant, Emma R. Hiatt.

APPROVED:

_____
JUDGE THOMAS ROSE

_____
William Allen, Esq.. (0064046)
Casper & Casper
3735 S. Dixie Highway.
Middletown, OH 45005-5186
(513) 424-2401
(513) 800-1316 (fax)
wallen@casperlaw.com
Attorney for Plaintiffs

/s/ Robert M. O'Neal
Robert M. O'Neal, Esq. 0021351)
Robert M. O'Neal, Attorney at Law
131 N. Ludlow Street, Suite 1060
Dayton, OH 45402
(937) 223-5533
(937) 223-5123 (fax)
roneal@rmolawdayton.com
Attorney for Defendant, Hiatt